GENTILE CRISTALLI
MILLER ARMENI SAVARESE
DOMINIC P. GENTILE
Nevada Bar No. 1923
Email: dgentile@gcmaslaw.com
VINCENT SAVARESE III
Nevada Bar No. 2467
Email: vsavarese@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
Attorneys for Defendant, LUIS EDUARDO RODRIGUEZ

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-mj-00614-PAL-1 |
| Plaintiff, | |
| vs. | |
| LUIS EDUARDO RODRIGUEZ, | |
| Defendant. | |

**STIPULATION AND ORDER TO MODIFY CONDITION OF RELEASE TO CONTINUE DEFENDANT LUIS EDUARDO RODRIGUEZ'S APPEARANCE FOR PRESENTMENT IN SOUTHERN DISTRICT OF NEW YORK FROM JULY 9, 2018 TO JULY 16, 2018 (FIRST REQUEST)**

**IT IS HEREBY STIPULATED AND AGREED** by and between Luis Eduardo Rodriguez ("Mr. Rodriguez"), Defendant, by and through his counsel, Dominic P. Gentile, Esq. and Vincent Savarese III, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese and the Plaintiff, United States of America, by and through Noah Falk, Assistant United States Attorney, and Jonathan E. Rebold, Assistant United States Attorney for the Southern District of New York that the Defendant's appearance for presentment in the district before the United States District Court for the Southern District of New York, currently scheduled for July 9, 2018, at the hour of 9:00 a.m. be vacated and continued to July 16, 2018, at the hour of 9:00 a.m.

...

This Stipulation is entered into for the following reasons:

1. Following the Defendant's arrest in the State and District of Nevada in connection with the above-entitled matter presently pending before the United States District Court for the Southern District of New York, a hearing was conducted on July 2, 2018 before the United States District Court for the District of Nevada, the Honorable Peggy A. Leen, United States Magistrate Judge, pursuant to Rule 5 of the Federal Rules of Criminal Procedure.

2. Pursuant thereto, Magistrate Judge Leen ordered that Defendant Rodriguez be transferred to the Southern District of New York; that he report to Pretrial Services in the Southern District of New York on July 9, 2018; and that he appear for presentment in the district before the United States District Court for the Southern District of New York on July 9, 2018, at the hour of 9:00 a.m., and ordered that Defendant Rodriguez be released pending his appearance before the United States District Court for the Southern District of New York for that purpose.

3. The parties agree that a short continuance of his appearance for presentment in the Southern District of New York is necessary to ensure that the undersigned counsel for Defendant Rodriguez is able to accompany and appear with him at this court appearance in order to protect his constitutional right to the assistance of counsel.

4. Defendant Rodriguez has appeared before this Court; is not custody; and, together with the government, agrees to this continuance.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would be best served by a short continuance as set forth herein.

…
…
…
…
…
…

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

2 of 5

1  7. This is the first request for a continuance of Defendant's appearance for presentment in
2  the Southern District of New York.

| | |
|---|---|
| UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK | GENTILE CRISTALLI<br>MILLER ARMENI SAVARESE |
| DATED this _6th_ day of July, 2018.<br><br>*/s/*<br>NOAH FALK<br>Assistant United States Attorney<br>JONATHAN E. REBOLD<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | DATED this _6th_ day of July, 2018.<br><br>*/s/*<br>DOMINIC P. GENTILE<br>VINCENT SAVARESE III<br>Attorneys for Defendant,<br>LUIS EDUARDO RODRIGUEZ |

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

3 of 5

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-mj-00614-PAL-1 |
| Plaintiff, | |
| vs. | |
| LUIS EDUARDO RODRIGUEZ, | |
| Defendant. | |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds, concludes, and Orders as follows:

1. Following the Defendant's arrest in the State and District of Nevada in connection with the above-entitled matter presently pending before the United States District Court for the Southern District of New York, a hearing was conducted on July 2, 2018 before the United States District Court for the District of Nevada, the Honorable Peggy A. Leen, United States Magistrate Judge, pursuant to Rule 5 of the Federal Rules of Criminal Procedure.

2. Pursuant thereto, Magistrate Judge Leen ordered that Defendant Rodriguez be transferred to the Southern District of New York; that he report to Pretrial Services in the Southern District of New York on July 9, 2018; and that he appear for presentment in the district before the United States District Court for the Southern District of New York on July 9, 2018, at the hour of 9:00 a.m., and ordered that Defendant Rodriguez be released pending his appearance before the United States District Court for the Southern District of New York for that purpose.

3. A short continuance of the Defendant's appearance for presentment in the Southern District of New York is necessary to ensure that counsel for Defendant Rodriguez is able to accompany and appear with him at this court appearance in order to protect his constitutional right to the assistance of counsel.

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

4 of 5

4. Defendant Rodriguez has appeared before this Court; is not custody; and, together with the government, agrees to this continuance.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would be best served by a short continuance as set forth herein.

7. This is the first request for a continuance of Defendant's appearance for presentment in the Southern District of New York.

### ORDER

**THEREFORE, IT IS HEREBY ORDERED** that the appearance of Defendant Rodriguez before the United States District Court for the Southern District of New York for presentment within the district in this matter, currently scheduled for July 9, 2018, at the hour of 9:00 a.m., is hereby vacated and continued to the 16th day of July, 2018, at the hour of 9:00 a.m., in Courtroom 3B.

**DATED** this 6th day of July, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE
CASE NO.: 2:18-mj-00614-PAL-1

5 of 5

Stipulation & Order to Continue